■ CHRISTINE M. MCMURRAY, Appellant, v ANTHONY M. MOSCA, as Sheriff of Westchester County, Respondent.—In an action, *inter alia,* for injunctive relief, the plaintiff appeals from an order of the Supreme Court, Westchester County (Nastasi, J.), entered September 24, 1987, which granted the defendant's motion to dismiss the complaint for failure to state a cause of action.

Ordered that the order is affirmed, with costs *(see, Lixfield v Cornwell Dev. Corp.,* 105 AD2d 694). Mollen, P. J., Lawrence, Eiber, Sullivan and Balletta, JJ., concur.